# United States District Court
# For The Western District of North Carolina
# Asheville Division

DENNIS ROGER VANDYKE,

       Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                              1:12-cv-114-RJC

NORTH CAROLINA STATE, CHRIS FRANCIS, SUPERIOR COURT,

       Respondents.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/11/2012 Order.

                                           Signed: June 11, 2012

                                           _____
                                           Frank G. Johns, Clerk
                                           United States District Court