# United States District Court
# For The Western District of North Carolina
# Asheville Division

DENNIS ROGER VANDYKE,

    Petitioner,

vs.

NORTH CAROLINA STATE, CHRIS FRANCIS, SUPERIOR COURT,

    Respondents.

JUDGMENT IN A CIVIL CASE

1:12-cv-114-RJC

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/11/2012 Order.

Signed: June 11, 2012

Frank G. Johns, Clerk
United States District Court